**2004–1464.  State v. Anthony.**
Hamilton App. No. C–030510, 2004-Ohio-3894. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

IT IS ORDERED by the court, sua sponte, that the case is dismissed as moot. Oral argument in this case, currently scheduled for May 11, 2005, is cancelled.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### *May 11, 2005*

[Cite as *05/11/2005 Case Announcements*, 2005-Ohio-2188.]

## MERIT DECISIONS WITHOUT OPINIONS

**2004–1875.  State ex rel. Timken Co. v. Pence.**
In Mandamus. On answer of respondent Industrial Commission of Ohio, motion to dismiss the Administrator, Bureau of Workers' Compensation, as a party respondent, request for briefing schedule of respondent Industrial Commission of Ohio, and relator's motion for default judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed. Motion to dismiss the Administrator, Bureau of Workers' Compensation, as a party respondent, request for briefing schedule, and motion for default judgment denied as moot.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0395.  State ex rel. Rupert v. Parks.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0402.  Pointer v. Corrigan.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. Motion for contempt of court denied as moot.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0407.  State ex rel. Wells v. Bruzzese.**
In Mandamus. On answer of respondent, motion of respondent to dismiss, and motion of relator for summary judgment. Motion to dismiss sustained. Cause dismissed. Motion of relator for summary judgment denied as moot.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.